IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WARREN H. FENTON,

        Petitioner,                      No. CIV S-07-0265 FCD KJM P

    vs.

A.P. KANE,

        Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his application, petitioner challenges the execution of his sentence. He is confined in Monterey County which lies within the jurisdiction of the United States District Court for the Central District of California. When a prisoner challenges the execution of his sentence, the preferable venue is the court with jurisdiction over the place where the prisoner is confined. See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

/////

/////

/////

/////

1

1       Good cause appearing, IT IS HEREBY ORDERED that this matter is transferred
2 to the United States District Court for the Central District of California.
3 DATED: March 21, 2007.

4                                         U.S. MAGISTRATE JUDGE

6 1
yoco1345.109